JS-6

BRUCE A. HARLAND, Bar No. 230477
courtnotices@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

MONICA T. GUIZAR, Bar No. 202480
lacourtnoties@unioncounsel.net
JACOB J. WHITE, Bar No. 263778
lacourtnotices@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd, Suite 1320
Los Angeles, California 90017
Telephone (213) 380-2344
Fax  (213) 443-5098

Attorneys for Defendant SERVICE EMPLOYEES
INTERNATIONAL UNION, UNITED HEALTHCARE
WORKERS-WEST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLA ROLLINS,<br><br>              Plaintiff,<br><br>  v.<br><br>COMMUNITY HOSPITAL OF SAN BERNARDINO, a California Corporation; DIGNITY HEALTH, a California Corporation; SERVICE EMPLOYEES INTERNATIONAL UNION-UNITED HEALTHCARE WORKERS WEST (SEIU-UHW), a California union, and DOES 1 through 70, inclusive,<br><br>              Defendants. | No. ED CV 5:13-1312 R (OPx)<br><br>**JUDGMENT** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd, Suite 1320
Los Angeles, California 90017
(213) 380-2344

JUDGMENT
Case No. ED CV 5:13-1312 R (OPx)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
800 Wilshire Blvd, Suite 1320
Los Angeles, California 90017
(213) 380-2344

1  This action came on for hearing before the Court, on April 21, 2014, Hon. Manuel L. Real, District Court Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED that the plaintiff take nothing, and that the action be dismissed on the merits and that defendant SEIU UHW recover its costs.

DATED: MAY 23, 2014

HON. MANUEL L. REAL
U.S. District Court Judge

1
JUDGMENT
Case No. ED CV 5:13-1312 R (OPx)
134876/764390